UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-12088-RGS

GOTSPACE NASHUA, LLC, et al.

v.

EDWARD SMITH, PRINCIPAL, et al.

ORDER

March 13, 2023

This action was initiated on December 8, 2022, by the filing of a complaint on the preprinted Pro Se 1 form (complaint for a civil case) provided by the Administrative Office of the United States Courts. Dkt. No. 1. Named as plaintiff is Gotspace Nashua, LLC of Boston, Massachusetts. *Id.* at ¶ I(A) (the plaintiffs). The complaint contains the typewritten signature of attorney Neil Kreuzer. *Id.* at ¶ V(B) (for attorneys). Attached to the form complaint is a verified complaint with the typewritten signature of attorney Neil Kreuzer. Dkt. No. 1-1. The verified complaint identifies the following two plaintiffs: Gotspace Nashua LLC and Gotspace Merrimack, LLC. *Id.* at ¶ I (parties).

Court records establish that by letter from the Clerk of Court dated September 20, 2022, attorney Kreuzer was notified that his CM/ECF account

was suspended.  *See In RE: Neil Kreuzer*, M.B.D. No. 22-mc-91473-NMG. Two days before this action was filed, on December 6, 2022, attorney Kreuzer's e-filing credentials were reinstated upon his successful completion of additional CM/ECF training.  *Id.*

Here, the complaint was not filed through CM/ECF and the filing fee has not been paid.  On or before March 24, 2023, attorney Kreuzer shall file a Notice of Appearance and pay the applicable filing fee for this action. Failure to timely comply with these directives will subject this case to dismissal without prejudice.

                                          SO ORDERED.

                                          <u>/s/Richard G. Stearns</u>
                                          UNITED STATES DISTRICT JUDGE